COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Dornice Hart v. Anthony J. Mills

Appellate case number:    01-21-00059-CV

Trial court case number:   2004-14056

Trial court:                        247th District Court of Harris County

On January 29, 2021, appellant, Dornice Hart, filed a notice of appeal from the trial court's January 7, 2021 judgment. The clerk's record was filed March 11, 2021, but the reporter's record has not been filed in this case. *See* TEX. R. APP. P. 35.1 (setting deadline for filing of appellate record). On May 5, 2021, appellant filed appellant's brief. Because appellant's brief was filed prior to the complete filing of the appellate record, the filing of appellant's brief was premature. *See* TEX. R. APP. P. 38.6(a).

Appellee, Ciandra Jackson, filed a letter brief with attachments on May 9 and 10, 2021 that we construe as appellee's brief. However, appellee's brief is not due until 30 days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). Appellant filed an objection to appellee's letter brief and attachments on May 11, 2021.

On May 20, 2021, counsel for appellee filed an unopposed motion to withdraw as counsel.

Accordingly, we **STRIKE** appellant's brief filed May 5, 2021. Appellant's brief will be due 30 days after the reporter's record is filed. *See id.*

Further, we **STRIKE** appellee's letter brief and attachments filed May 9 and 10, 2021. Appellee's brief will be due 30 days after appellant files her brief. TEX. R. APP. P. 38.6(b). Because we are striking appellee's brief, appellant's objection filed May 11, 2021 is denied as moot.

Further, we **grant** appellee's unopposed motion to withdraw as counsel.

It is so ORDERED.


Judge's signature: _____/s/ Sherry Radack_____
                              ☑ Acting individually     ☐ Acting for the Court


Date:   __May 27, 2021_____